# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| IN RE: | |
|---|---|
| | |
| BINIAM GEREMEW | Case No. 18-00037 SMT |
| | Chapter 13 |
| Debtor | **HEARING DATE:  3/23/2018** |

## MOTION TO DISMISS AND
## NOTICE OF AN OPPORTUNITY FOR A HEARING

Nancy Spencer Grigsby, Chapter 13 Trustee in this case, moves this honorable court to dismiss this bankruptcy case pursuant to 11 U.S.C. section 521 (a) (1) (B) (iv) for failure to provide 60 days of income documents, section 521 (e) (2) (A) for failure to provide a copy of the most recent Federal tax return, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case, 11 U.S.C. section 1307 (c) (1) for unreasonable delay which is prejudicial to creditors, 11 U.S.C. section 1326 (a) (1) for failure to commence making chapter 13 plan payments, and for failure to appear at the first meeting of creditors pursuant to 11 U.S.C. section 341, without excuse, and for reasons states:

1. That the Debtor filed this chapter 13 case on or about January 17, 2018 under the requirements of the Bankruptcy Abuse Protection and Consumer Protection Act of 2005.

2. That the Debtor was required, under 11 U.S.C. section 521 (a) (1) (B) (iv) to file with the court copies of all income documents or other evidence of payment received within 60 days before the date of filing of the petition, and section 521 (e) (2) (a), to provide the Trustee with a copy of the Federal and State tax returns or a transcript of such returns, for the most recent tax year ending immediately before the commencement of the case, or 2016, no later than seven (7) days before the first date set for the first meeting of creditors. The tax returns have not been provided.

3. That the first date set for the meeting of creditors was February 12, 2018. The Debtor failed to appear. This failure has caused unreasonable delay which is prejudicial to creditors.

4. That pursuant to 11 U.S.C. section 521 (e) (2) (B), this Honorable Court shall dismiss this case for the reasons set forth above, ". . .unless the debtor demonstrates that the failure to do so is due to circumstances beyond the control of the Debtor."  That as of this date, the Trustee has received no explanation for the Debtor's failure to comply with these requirements.

5. Further, the Debtor has failed to commence making chapter 13 plan payments pursuant to 11 U.S.C. section 1307 (c) (4) as required in section 1326. As of this date $100.00 is due, a total of [1] plan payment.  No payments have been made.

6.  That the Debtor has failed to perform the requirements of a chapter 13 debtor as required pursuant to 11 U.S.C. §521 (a) (1) (B) (iv) having failed to provide 60 days of income documents,  § 521 (e) (2) (B), having failed to provide the most recent year tax return, and 11 U.S.C.§1307 (1)  for unreasonable delay which is prejudicial to creditors, having failed to commence making plan payments pursuant to 11 U.S.C. section 1326 (a) (1), and for failure to cooperate with the Trustee.

WHEREFORE, for the reasons set forth above, the Trustee moves that the subject case be dismissed and for other relief as this Honorable Court deems just and equitable.

Date:   February 15, 2018                **/s/ Nancy Spencer Grigsby**
                                         Chapter 13 Trustee
                                         185 Admiral Cochrane Dr. Suite 240
                                         Annapolis MD 21401
                                         ngrigsby@ch13md.com

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING TO THE DEBTOR(S) AND DEBTOR'S COUNSEL

You are notified that the Trustee is requesting that the subject case be dismissed pursuant to 11 U.S.C. section 521 (a) (1) and (e) (2) (A) and section 1307 (c) (1).

***UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT 9:30 a.m. on March 23, 2018.**

*PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

*IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the Trustee.

## CERTIFICATE OF SERVICE

I hereby certify that this motion to dismiss was served this February 15, 2018 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Biniam Geremew
724 Rock Creek Church Road, NW
Washington, DC 20010

Craig A. Butler, Esq.
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004

/s/ **Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee